**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEJANDRO MARTINEZ LOZANO,<br>Petitioner,<br>v.<br>TODD BLANCHE, Acting Attorney General of the United States, *et al.*,<br>Respondents. | Case No. 26-cv-4514-BAS<br><br>**ORDER DENYING PETITION WITHOUT PREJUDICE** |

Presently before the Court are a Petition and Application for Writ of Habeas Corpus Ad Prosequendum filed on August 6, 2026. (ECF Nos. 1–2.) The Petition alleges Petitioner was arrested on August 6, 2026 at approximately 2:20 a.m., and has not been presented for an initial appearance in violation of Federal Rule of Criminal Procedure 5. Petitioner seeks a writ of habeas corpus ad prosequendum directing Respondents to immediately present Petitioner to a magistrate judge for arraignment.

Upon review, the Petition and Application do not demonstrate that Petitioner is entitled to relief. *Cf. United States v. Pimental*, 755 F.3d 1095, 1103–04 (9th Cir. 2014) (finding a four-day delay in presentment over a holiday weekend was unreasonable and

unnecessary). Accordingly, the Court **DENIES WITHOUT PREJUDICE** the Petition and Application. (ECF Nos. 1–2.) Petitioner is scheduled for arraignment on August 7, 2026 at 2:00 p.m. In the event that Petitioner is not arraigned on August 7, 2026, Petitioner may renew the Petition and Application. Further, the Clerk of Court shall serve this Order on the U.S. Attorney's Office and close the case.

**IT IS SO ORDERED.**

**DATED: August 7, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**